# Unclaimed Funds

Entered 9/2/2014 to 9/2/2014

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 09-42122 -hjb 17029051 | GMAC Mortgage, LLC 3451 Hammond Ave Waterloo, IA 50702 50702 | 887.45 | 09/02/2014 |

**Grand Total: 887.45**